UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE CARREON,

                Plaintiff,

- against -

O.K. DELI GROCERY D/B/A JAE'S DELI GROCERY and DOK MAN KIM

                Defendants.

Case No. 18-cv-1456

**RULE 7.1 DISCLOSURE STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, O.K. Deli Grocery d/b/a Jae's Deli Grocery, by its attorneys, Hang & Associates, PLLC, hereby state that the Corporation does not have any parent corporations, and that no publicly held corporation owns 10% or more of its stock.

Dated: Flushing, New York
        May 22, 2018

                              Hang & Associates, PLLC.

                              */s Phillip H. Kim*
                              Phillip H. Kim, Esq.
                              *Attorneys for Defendants*
                              136-20 38th Avenue, Suite 10G
                              Flushing, NY 11354
                              T: (718) 353-8588
                              F: (718) 353-6288
                              *pkim@hanglaw.com*